**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    SEALED
     - v. -                         :    INDICTMENT
                                    :
OSCAR PALMER,                       :    14 CRIM 652
     a/k/a "Tito,"                  :
DERY CABAN,                         :
     a/k/a "Dery Martinez,"         :
     a/k/a "Popeye," and            :
LUIS TRUJILLO,                      :
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/14

COUNT ONE

The Grand Jury charges:

1. On or about August 11, 2002, in the Southern District of New York and elsewhere, OSCAR PALMER, a/k/a "Tito," DERY CABAN, a/k/a "Dery Martinez," a/k/a "Popeye," and LUIS TRUJILLO, the defendants, willfully and knowingly, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, a conspiracy to distribute and possess with the intent to distribute mixtures and substances containing a detectable amount of cocaine, in or about 2002, in the vicinity of Franklin Avenue and East 169th Street, Bronx, New York, in violation of Title 21, United States Code, Section 846, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms,

and in the course of that crime did cause the death of a person through the use of firearms, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, PALMER, CABAN, and TRUJILLO caused the death of Andrew Balcarran, by discharging, and aiding and abetting the discharge of, firearms at Balcarran, in the vicinity of Franklin Avenue and East 169th Street, Bronx, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OSCAR PALMER, a/k/a "Tito,"
DERY CABAN, a/k/a "Dery Martinez,"
a/k/a "Popeye," and LUIS TRUJILLO,

Defendants.

**SEALED INDICTMENT**

14 CR --

(18 U.S.C. §§ 924 (j), 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
                Foreperson.

Mary K. Doris
10·1·14

10/1/14 Filed Sealed Indictment
de    a/w issued.
                    Judy Peak
                         USMJ

3